IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CR. NO. 02-00198-2-CG |
| ) | |
| CHRISTOPHER BROOKS ELLIOTT ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came on for a revocation hearing on June 7, 2005. Upon consideration of the evidence presented and the arguments of counsel, the defendant shall be allowed to remain on supervised release under the same conditions previously imposed on March 11, 2003, and the hearing of this matter is continued. Probation shall file a statement of the status of the defendant's compliance every six months from the date of this order until termination of his supervised release term.

**DONE and ORDERED** this 7th day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE